**Regina BOSTON, Plaintiff–Appellant,**

v.

**COLLECTION COMPANY OF AMERICA, Defendant– Appellee.**

**No. 13–1225.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 17, 2013.

Decided: Aug. 13, 2013.

Regina Boston, Appellant Pro Se. Caren D. Enloe, Morris Manning & Martin, LLP, Research Triangle Park, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Regina Boston appeals the district court's order dismissing her complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Boston v. Collection Co. of Am.,* No. 3:12–cv–00603– GCM, 2013 WL 425845 (W.D.N.C. Jan. 16, 2013). We dispense with oral argument because the facts and legal contentions are

file a notice of appeal. Avent's appeal is   therefore deemed timely filed.

adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*